UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 11, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. 2:10CR00211-KJN-13
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
KEVIN WALLACE, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KEVIN WALLACE__, Case No. __2:10CR00211-KJN-13__, Charge __18USC § 3606__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__ Release on Personal Recognizance

　　__ Bail Posted in the Sum of $_____

　　　　__ Unsecured Appearance Bond

　　　　__ Appearance Bond with 10% Deposit

　　　　__ Appearance Bond with Surety

　　　　__ Corporate Surety Bail Bond

　　　　✔ (Other)   __Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 11, 2013__ at __2:00 pm__.

By   /s/ Allison Claire/s/ Allison Claire
　　　Allison Claire
　　　United States Magistrate Judge

Copy 2 - Court