MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150
Fax:  (916) 526-2677

Attorneys for Defendant
Kevin Wallace

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>KEVIN WALLACE,<br><br>             Defendant. | Case No.: 2:10-CR-0211-KJN<br><br>STIPULATION TO CONTINUE; ORDER<br><br>DATE:     December 19, 2013<br>TIME:      10:00 a.m.<br>COURT:   Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Kevin Wallace, by and through his defense counsel, Michael L. Chastaine; the United States of America, by and through its counsel, Jared C. Dolan; that the Status Conference currently set for Wednesday, December 18, 2013 at 9:00 a.m., should be moved to Thursday, December 19, 2013 at 10:00 a.m., before The Honorable Kendall J. Newman. Further, the United States Probation Department, by and through its officer, Vladimir Pajcin have no objection.

///

1

IT IS SO STIPULATED.

Dated: December 16, 2013.                        The CHASTAINE LAW OFFICE

                                      By:  ____/s/ Michael Chastaine_
                                            MICHAEL CHASTAINE
                                            Attorney for Kevin Wallace

Dated: December 16, 2013.                        BENJAMIN B. WAGNER
                                            United States Attorney

                                        By:  ___/s/Jared C. Dolan_
                                            JARED C. DOLAN
                                            Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Wednesday, December 18, 2013, at 9:30 a.m., be continued to Thursday, December 19, 2013, at 10:00 a.m.

Dated:  December 17, 2013

                                                _/s/ Kendall J. Newman_____
                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE